UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD )<br>        Plaintiff, )<br> ) <br>v. ) <br> ) <br>JIM BRIDENSTINE and CHRISTINA )<br>PAULSON )<br>        Defendants. ) | **JUDGMENT**<br>7:21-cv-211-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 2, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the court's order.

**This Judgment Filed and Entered on May 2, 2022, and Copies To:**
Carlos A. Alford (via CM/ECF Notice of Electronic Filing)

May 2, 2022                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk